NELLIE GROSSMAN, Appellant, v. ABRAHAM DORB, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of GEORGE EPSTEIN, Respondent, for the Removal of THEODORA KUTZ and LAKE GROVE HOTEL, INC., Appellant, from Certain Premises.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of Proving the Last Will and Testament of NELLIE LEVY, Deceased. SIMON LEVY, Appellant; MARION LEVY, Respondent.— Motion to add appeal to June term calendar denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOSE MUNDET, Respondent, v. TILEFLO MANUFACTURING Co., INC., and Others, Defendants, and CENTRAL CHANDELIER COMPANY, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CASHMIR KOZZEN, Appellant.— Motion to enlarge time granted upon condition that the appeal be perfected for Monday, October fifth, for which day it is ordered on the calendar. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE NARAS, Appellant.— Motion to enlarge time granted upon condition that the appeal be perfected for Monday, October fifth, for which day it is ordered on the calendar. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE CITY OF NEW YORK ex rel. COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of LOUISE O'GEEN, Respondent, v. BERNARD WHITE, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

GEORGE RENNE, Appellant, v. JOSIE MOLIARD, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

DANIEL RODRIQUEZ, Respondent, v. WEST SHORE CONSTRUCTION COMPANY, INC., Appellant, and Others, Defendants.— Motion for stay granted by default. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JULIA STITCH, Respondent, v. FANNY ROHTMAN and Others, Appellants, and JACK STITCH, Defendant.— Motion for stay granted upon condition that within five days from the entry of the order herein the moving parties file a bond with corporate surety in the sum of $3,000 for the protection of plaintiff's rights in the premises; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOHN J. WAGNER, JR., Appellant, v. FREDERICK R. SOWERSBY, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.